UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SIDEPRIZE LLC D/B/A PRIZEPICKS,<br><br>Plaintiff,<br><br>v.<br><br>JUDAH HUFFMAN,<br><br>Defendant. | Case No.: 2:25-cv-01092-MJP<br><br>**STIPULATION AND CONSENT ORDER** |

### STIPULATION AND CONSENT ORDER

Plaintiff SidePrize LLC d/b/a PrizePicks ("PrizePicks") and Defendant Judah Huffman ("Huffman"), (collectively "the Parties" or individually as "Party"), hereby stipulate to the entry of the following Consent Order.

PrizePicks filed this case against Huffman, its former employee, on June 11, 2025. In this action, PrizePicks alleges that Huffman took its valuable trade secret information by uploading it to his personal ChatGPT account, using that information to leverage a favorable job offer from DraftKings Inc., and surgically deleted volumes of data and information from his PrizePicks-issued laptop computer and cell phone to his actions. Based on these allegations, PrizePicks is

STIPULATION AND CONSENT ORDER
CASE NO. 2:25-CV-01092-MJP

KABAT CHAPMAN & OZMER LLP
171 17TH ST NW, SUITE 1550
ATLANTA, GA 30363
(404) 400-7300

1

1. asserting claims against Huffman for violation of the Defend Trade Secrets Act ("DTSA") and, among other things, for breaches of his 2024 Employment Covenants Agreement. (*See generally* Doc. 1.)  Huffman disputes these allegations.

The Parties have since reached an agreement concerning the protection of PrizePicks' confidential information and trade secrets pending final resolution of this action.  The Parties respectfully request that the Court enter this Consent Order confirming the Parties' agreement and making it an order of the Court.

The Parties agree that good cause exists for this Consent Order to protect PrizePicks' confidential information and trade secrets, avoid emergency motion practice between the Parties concerning Huffman's alleged theft and misappropriation of PrizePicks' confidential information and trade secrets, and conserve the Parties' and judicial resources.  By entering into this Consent Order, the Parties do not waive any or release any claims, defenses, or arguments with respect to this action or any other disputes between them.

Having considered the foregoing, the Court finds that good cause exists for this Consent Order.

**IT IS HEREBY ORDERED THAT:**

1. Huffman shall not use, disclose, or misappropriate any of PrizePicks' confidential or trade secret information, which includes—but is not limited to:

    a. The Brand Planning Document identified by PrizePicks in its Complaint;

    b. The Team Goals Document identified by PrizePicks in its Complaint;

    c. Any other information that is not commonly known to the public pertaining to PrizePicks' organizational goals; current and prospective consumer targets and relationships; marketing priorities and strategies; maintenance of brand identity; social media analytics; business targets; specific upcoming promotional campaigns; advertising plans; member data; confidential plans; pricing; goals;

STIPULATION AND CONSENT ORDER
CASE NO. 2:25-CV-01092-MJP

2

KABAT CHAPMAN & OZMER LLP
171 17TH ST NW, SUITE 1550
ATLANTA, GA 30363
(404) 400-7300

consumer communication; competitive strategies; regulatory planning; product planning; brand planning; and roadmaps.

2. Pending final resolution of this matter at trial or other Order of this Court, Huffman shall not destroy any additional documents, data, or information in his possession, custody, or control related to PrizePicks or this litigation; and

3. Within three (3) days of this Order, Huffman shall remove PrizePicks' alleged trade secrets from his personal ChatGPT account and certify under penalty of perjury that he has done so, providing such certification to PrizePicks' counsel of record via email.

The Parties, by and through their respective representatives, hereby agree and stipulate to the foregoing Consent Order.

**ORDERED** this 20th day of June, 2025.

*/s/ Marsha J. Pechman*

Honorable Marsha J. Pechman
United States District Court Judge

STIPULATION AND CONSENT ORDER
CASE NO. 2:25-CV-01092-MJP

3

KABAT CHAPMAN & OZMER LLP
171 17TH ST NW, SUITE 1550
ATLANTA, GA 30363
(404) 400-7300