# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SIDEPRIZE LLC D/B/A PRIZEPICKS, | Case No.: 2:25-cv-01092-MJP |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| JUDAH HUFFMAN, | |
| Defendant. | |

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff SidePrize LLC d/b/a PrizePicks hereby voluntarily dismisses the above-styled action against Defendant Judah Huffman with prejudice and with each party to bear his or its own attorneys' fees and costs.

Respectfully submitted, this 30th day of June, 2025.

**KABAT CHAPMAN & OZMER LLP**

/s/ *Aaron Wagner*
Aaron Wagner
Washington Bar No. 51905

NOTICE OF VOLUNTARY DISMISSAL
CASE NO: 2:25-CV-01092-MJP
PAGE - 1

KABAT, CHAPMAN & OZMER LLP
171 17th STREET NW, Suite 1500
ATLANTA, GA 30317
(404) 400-7300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nathan D. Chapman (*pro hac vice* forthcoming)
Georgia Bar No. 244954
nchapman@kcozlaw.com
Chadwick L. Williams (*pro hac vice* forthcoming)
Georgia Bar No. 161149
cwilliams@kcozlaw.com
171 17th Street NW
Suite 1550
Atlanta, GA 30363
Phone: (404) 400-7300
Facsimile: (404) 400-7300

**BOATLAW, LLP**

DOUGLAS R. WILLIAMS,
Washington Bar No. 43823
doug@boatlaw.com
21 Bellwether Way
Suite 104
Bellingham, WA 98225
Phone: 360-671-6711
Facsimile: 360-647-2943

*Attorneys for PrizePicks*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO: 2:25-CV-01092-MJP
PAGE - 2

KABAT, CHAPMAN & OZMER LLP
171 17th STREET NW, Suite 1500
ATLANTA, GA 30317
(404) 400-7300

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. Defendant Judah Huffman shall be served via overnight delivery and postage pre-paid, to Defendant at his home address, 110 12th Avenue, Kirkland, Washington 98033.

Dated: June 30, 2025

        **KABAT CHAPMAN & OZMER LLP**

        /s/ *Nathan D. Chapman*
        Nathan D. Chapman

NOTICE OF VOLUNTARY DISMISSAL
CASE NO: 2:25-CV-01092-MJP
PAGE - 3

KABAT, CHAPMAN & OZMER LLP
171 17th STREET NW, Suite 1500
ATLANTA, GA 30317
(404) 400-7300